UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25411-BLOOM/Elfenbein

THE GALLEON GUILD LTD,

      *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

      *Defendants*.

_____/

## CERTIFICATE OF SERVICE
## NOTICE OF PRELIMINARY INJUNCTION HEARING

I hereby certify that on December 5, 2025, I sent an email to all Defendants identified on Schedule A, using the email addresses provided by third-party e-commerce platforms. This email notified Defendants that the Court has set a Preliminary Injunction hearing before the Court at the Wilkie D. Ferguson, Jr. Courthouse, 400 N. Miami Ave., in Miami, FL 33128, in Courtroom 10-2, via Zoom video conference on December 10, 2025, at 2:30 p.m.

The hearing will be conducted via Zoom video conference, using the following Zoom link: https://www.zoomgov.com/j/16104042690?pwd=1REdAXgwIPrKkcHdNf3jqeV42AaGOW.1; with Meeting ID: 161 0404 2690; Passcode: 509473.

The relevant documents [DE 18 & 19] were attached to the emails, and the following link was also included in the emails: https://cloud.palmerlawgroup.com/index.php/s/Zc1RVF9kl6UxSyq to provide Defendants with access to all relevant court filings.

December 5, 2025.　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Andrew Palmer
　　　　　　　　　　　　　　　　　　　　Andrew J. Palmer

2

Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***